AO 91 (Rev. 11/11) Criminal Complaint AUSA Kevin Glomski (312) 438-6277

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DUPREE MCNUTT;
ANTOINE TRAVIS; and
DANIEL TRIPLETT

CASE NUMBER: 26 CR 614

FILED
11/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MEN

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about November 23, 2026, at Lansing, in the Northern District of Illinois, Eastern Division, the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 1951 | obstructing, delaying, and affecting commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), and committing and threatening physical violence to a person and property in furtherance of a plan and purpose to do something in violation of Title 18, United States Code, Section 1951(a) |

This criminal complaint is based upon these facts:

_X_ Continued on the attached sheet.

Scott Erthal

SCOTT ERTHAL
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: November 24, 2026

Young B. Kim
*Judge's signature*

City and state: Chicago, Illinois

YOUNG B. KIM, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, SCOTT ERTHAL, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since approximately January 2019. I am currently assigned to the Chicago Division and work out of the Orland Park Resident Agency. My current responsibilities include the investigation of violent crimes, including, among others, kidnapping, bank robbery, violations of the Hobbs Act, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint, alleging that DUPREE MCNUTT, ANTOINE TRAVIS, and DANIEL TRIPLETT have violated Title 18, United States Code, Section 1951(a) ("Hobbs Act robbery"). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging MCNUTT, TRAVIS, and TRIPLETT with Hobbs Act robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendants committed the offense alleged in the complaint.

3. The statements in this affidavit are based on my personal knowledge, interviews of witnesses, review of the surveillance footage, information I have received from other law enforcement personnel and from persons with knowledge

regarding relevant facts, as well as my training an experience and the training and experience of other law enforcement officers with whom I have consulted.

## I. FACTS SUPPORTING PROBABLE CAUSE

### A. Summary of Probable Cause

4. In summary, and as set forth more fully below, on or about November 23, 2026, at approximately 3:55 p.m., four individuals arrived in a blue Acura sedan at a Chase Bank located in Lansing, Illinois. Two of the individuals, later identified as MCNUTT and TRAVIS, exited the vehicle, which TRIPLETT had been driving, and approached a Brink's courier ("Courier A") servicing an exterior automated teller machine ("ATM"). MCNUTT and TRAVIS were armed with handguns and pointed their weapons at Courier A. MCNUTT then unholstered and took Courier A's firearm, and MCNUTT and TRAVIS retreated back to the vehicle from which they arrived with Courier A's firearm. Lansing Police Department officers were alerted to the incident from a 911 call placed from inside the bank. Officers encountered the blue Acura sedan as they were responding to the call. A pursuit ensued, which ended in the blue Acura sedan colliding with another vehicle. MCNUTT, TRAVIS, TRIPLETT, and another passenger all fled the scene on foot before being apprehended by law enforcement.

### B. The Armed Robbery

5. According to information provided by officers with the Lansing Police Department, and as shown on still images of surveillance footage from a Chase Bank located at 3115 Ridge Road in Lansing, Illinois (the "Chase Bank") and cell phone video footage taken from customers inside the Chase Bank, on November 23, 2026,

at approximately 3:55 p.m., a blue Acura sedan, bearing Illinois license plate number FM15963 (the "Subject Vehicle") arrived at the Chase Bank. Moments later, two individuals, **Robber #1** and **Robber #2,** exited the Subject Vehicle in the bank's drive thru. **Robber #3**, the driver of the Subject Vehicle, remained inside the Subject Vehicle with a fourth individual, **Passenger #1**.

6. According to still images of Chase Bank surveillance footage, a Brink's courier was servicing an exterior ATM at the same time as the Subject Vehicle's arrival. Courier A's armored truck was parked nearby.

7. According to still images of Chase Bank surveillance footage and video recorded by nearby witnesses, **Robber #1**, later identified as DUPREE MCNUTT, wore a dark hooded sweatshirt, dark sweatpants with a white logo on the left thigh, a facemask, dark colored shoes, and a white undershirt. **Robber #2**, later identified as ANTOINE TRAVIS, wore a dark hooded sweatshirt, dark sweatpants, a facemask, and gray and black gloves.

8. **Robber #1** and **Robber #2**, both armed with handguns, approached Courier A, who was servicing an exterior ATM at the Chase Bank. According to cell phone video footage obtained from witnesses inside the Chase Bank, **Robber #1** and **Robber #2** pointed their handguns at Courier A as they approached. According to Courier A, **Robber #1** and **Robber #2** instructed him "don't fucking try it," at which point Courier A placed his hands in the air over his head.




*Still Image of Chase Bank Surveillance Footage Depicitng Robber #1, Robber #2, and Courier A*

9. According to Courier A, at the time Courier A was approached by **Robber #1** and **Robber #2**, Courier A could not access the safe contained within the ATM he was servicing. According to Courier A, Courier A explained this to **Robber #1** and **Robber #2** and told them that he did not have cash on him.

10. At that point, according to Courier A, **Robber #1** and **Robber #2** asked Courier A how to remove the firearm from Courier A's holster. Courier A explained how to do so, and **Robber #1** began unholstering Courier A's firearm. Courier A informed law enforcement that the firearm was issued by, and belonged to, Brink's.

Based on my experience, I know Brink's is an international corporation engaged in a variety of cash management and security services, including armored truck transport and cash processing, and operates in multiple states in the United States, including Illinois.

11. According to Courier A, either **Robber #1** or **Robber #2** told Courier A, not verbatim, "don't fucking look at me." Courier A stated that **Robber #1** and **Robber #2** continued to point their firearms at Courier A, while **Robber #1** retrieved Courier A's firearm from the holster.

12. According to Courier A, after **Robber #1** and **Robber #2** took his firearm, they re-entered the Subject Vehicle. Witnesses inside the Chase Bank, including the bank manager, also observed **Robber #1** and **Robber #2** retreat into the Subject Vehicle. I reviewed video footage taken from witnesses inside the bank from their cellular phones, which depicts **Robber #1** entering the front passenger seat and **Robber #2** entering the rear driver's side passenger door.

*Intentionally Left Blank*




*Still image from cell phone video footage of Robber #1 and Robber #2 entering the Subject Vehicle*

13. After **Robber #1** and **Robber #2** re-entered the Subject Vehicle, the Subject Vehicle continued through the Chase Bank's drive-thru lane and departed the Chase Bank. A still image taken from a witness's cell phone video shows **Robber #3** driving the Subject Vehicle away from the Chase Bank after **Robber #1** and **Robber #2** re-entered the Subject Vehicle. **Robber #3**, later identified as DANIEL TRIPLETT, wore a black ski-mask with a visible Nike symbol on the left temple.




*Still image of Chase Bank Surveillance Footage Depicting **Robber #3** operating the Subject Vehicle*

14. According to officers from the Lansing Police Department, while the robbery of Courier A took place, an employee of the Chase Bank called 911 to report the incident and to provide a description of the Subject Vehicle. Lansing Police Department officers thereafter responded to the Chase Bank.

**C. Pursuit of the Subject Vehicle**

15. According to Lansing Police Department officers, as the Subject Vehicle was turning out of the Chase Bank parking lot, the Subject Vehicle passed by a Lansing Police Department squad car responding to the 911 call. According to information provided by Lansing Police Department officers, several officers were already in the area of the Chase Bank due to an unrelated call for service. Lansing

Police Department officers identified the Subject Vehicle, a blue Acura, based on the description provided by the Chase Bank employee who had called 911. Lansing Police Department officers then turned around and began to pursue the Subject Vehicle.

16. According to Lansing Police Department officers, the Subject Vehicle fled westbound on Ridge Road away from the Chase Bank at a high rate of speed, during which the Subject Vehicle passed multiple Lansing Police Department squad cars. According to Lansing Police Department officers, the Subject Vehicle then turned northbound on Torrence Avenue. The Subject Vehicle continued traveling northbound on Torrence Avenue before striking a vehicle in or around the intersection of Torrence Avenue and Thornton Road in Lansing, Illinois—all while Lansing Police Department officers pursued the Subject Vehicle and while the officers maintained sight of the Subject Vehicle.

**D. The Foot Pursuit and Arrests of MCNUTT, TRAVIS, and TRIPLETT**

17. According to pursuing Lansing Police Department officers who maintained sight of the Subject Vehicle, after the Subject Vehicle struck a vehicle in or around the intersection of Torrence Avenue and Thornton Road, the occupants of the Subject Vehicle exited the Subject Vehicle and fled on foot. Law enforcement also obtained surveillance footage from a local business equipped with exterior surveillance cameras located at approximately the intersection of Torrence Avenue and Thornton Road, which captured the accident involving the Subject Vehicle. Immediately following the collision, surveillance camera footage shows **Robber #1** fled from the front passenger seat of the Subject Vehicle, **Robber #2** fled from the

driver's side rear passenger's seat, **Robber #3** fled from the driver's seat, and Passenger #1 fled from the right rear passenger's seat of the Subject Vehicle. **Robber #1**, **Robber #2**, and Passenger #1 all fled eastbound from the accident. **Robber #3** fled westbound across Torrence Avenue.




*Still image from surveillance showing occupants fleeing the Subject Vehicle*

18. According to Lansing Police Department law enforcement reports, **Robber #1**, **Robber #2**, **Robber #3**, and Passenger #1 were all arrested by the Lansing Police Department following brief foot chases.

19. After a brief foot chase, at approximately 3:58 p.m., Lansing Police Department officers arrested **Robber #1**, who fled eastbound from the front passenger's seat of the Subject Vehicle, in or around the backyard of a residence near 178th Street and Arcadia Avenue, approximately three blocks away from the location of the accident involving the Subject Vehicle.

a. According to the arresting officer, at the time of his arrest, **Robber #1** was wearing a black zip-up sweatshirt, white undershirt, black sweatpants with a white marking on the leg, and black shoes. **Robber #1** was holding a black ski mask in his left hand and a black handgun in his right hand. This clothing was consistent with a still image taken from video recorded by a witness at the Chase Bank, depicting an armed individual wearing black with a white marking on the pant leg.



*Image of Robber #1's clothing after being inventoried by Lansing Police Department (left) and image captured by a witness at Chase Bank during the robbery (right)*

b. A Lansing Police Department officer took **Robber #1** into custody. According to the officer, as the officer was detaining **Robber #1**, **Robber #1** dropped a black FN handgun into the window well of the residence as depicted on body worn camera footage law enforcement recovered the FN handgun (Serial # BUS14746) from the window well of the residence. Based on information provided

from Brink's, the serial number, as well as the make and model, of the recovered firearm matches that of the firearm stolen from Courier A.



*Still image of BWC footage showing Robber #1 standing in the window well*

c. **Robber #1** identified himself as DUPREE MCNUTT to Lansing Police Department officers at the time of his arrest. Lansing Police Department officers verified through Illinois Secretary of State records that the name provided matched **Robber #1**. Additionally, law enforcement obtained a recent Chicago Police Department arrest photo depicting MCNUTT, which also matched **Robber #1**. Accordingly, I believe that **Robber #1** is MCNUTT.

20. After a brief foot chase, at approximately 3:57 p.m., a Lansing Police Department officer arrested **Robber #2**, who fled eastbound from the driver's side rear passenger's seat of the Subject Vehicle, in the backyard of another residence

located at or around 17964 Glen Oak Avenue, Lansing, Illinois, approximately half a block away from the location of the accident involving the Subject Vehicle.

a. According to the arresting officer, at the time of the arrest, **Robber #2** was wearing a black zip-up sweatshirt with a Nike logo on the chest, black sweatpants, black and gray Nike gloves, a black mask, and gray boxers. This clothing is consistent with an image taken by a witness at the Chase Bank, depicting a gloved and masked individual wearing a black sweatshirt with a white logo on the chest.





*Image of Robber # 2's clothing inventoried by Lansing Police Department (left) and image captured by a witness at Chase Bank during the robbery (right)*

b. **Robber #2** was transported to the Lansing Police Department, where a loaded Glock 30 .45 caliber handgun was located in his pants.

c. **Robber #2** identified himself as ANTOINE TRAVIS to Lansing Police Department officers at the time of his arrest. Lansing Police Department officers verified through Illinois Secretary of State records that the name provided matched **Robber #2**. Additionally, law enforcement obtained a recent Chicago Police Department arrest photo depicting TRAVIS, which also matched **Robber #2**. Accordingly, I believe that **Robber #2** is TRAVIS.



*Still image from BWC footage depicting Robber #2 at the time of his arrest*

21. After a brief foot chase, at approximately 3:58 p.m., a Lansing Police Department officer arrested **Robber #3**, who fled westbound from the driver's seat of the Subject Vehicle before, as depicted on body worn camera, tripping and falling into the bushes of a nearby community health center on the 2300 block of Thornton

Road, approximately one block away from the location of the accident involving the Subject Vehicle.

a. According to the arresting officer, at the time of the arrest, **Robber #3** was wearing a black zip-up sweatshirt, black pants, white shoes, and a black ski-mask with a Nike logo on the left temple, consistent with the image of **Robber #3** taken from Chase Bank surveillance depicted in paragraph 13 above.



*Still image of BWC footage showing Robber #3 at the time of his arrest*

b. **Robber #3** was transported to a local hospital for evaluation before being released and transported to the Lansing Police Department.

c. **Robber #3** identified himself as DANIEL TRIPLETT to Lansing Police Department officers at the time of his arrest. Lansing Police Department officers verified through Illinois Secretary of State records that the name provided matched **Robber #3**. Additionally, law enforcement obtained a recent Chicago Police

Department arrest photo depicting TRIPLETT, which also matched **Robber #3**. Accordingly, I believe that **Robber #3** is TRIPLETT.

22. After a brief foot chase, at approximately 3:58 p.m., a Lansing Police Department officer arrested Passenger #1, who fled eastbound from the right rear passenger's seat of the Subject Vehicle. Passenger #1 was arrested at or around 17955 Glen Oak Avenue, in Lansing, Illinois.

a. Following his arrest, Passenger #1 was transported to a nearby hospital. At the hospital, Passenger #1 was advised of his *Miranda* Rights and agreed to speak with law enforcement.

b. Passenger #1 stated that, earlier that day he received a phone call from TRAVIS, who Passenger #1 had known since 2011. Passenger #1 stated he received a phone call from TRAVIS on TRAVIS's girlfriend's phone stating that Travis was on his way to pick up Passenger #1. TRAVIS told Passenger #1 to dress in all black. Later that day, according to Passenger #1, the Subject Vehicle arrived to pick him up, and he sat in the rear passenger seat of the vehicle next to TRAVIS.

c. Passenger #1 stated that the driver of the Subject Vehicle, later identified by law enforcement as TRIPLETT, was armed with a handgun, which had a drum magazine attached to it. Passenger #1 described the front-seat passenger, later identified by law enforcement as MCNUTT, as also being armed with a handgun and an extended magazine.

d. Passenger #1 further stated that, while driving, the driver of the Subject Vehicle, later identified by law enforcement as TRIPLETT, was on the phone

with an unknown individual. According to Passenger #1, the unknown individual told the driver of the Subject Vehicle to look out for armored trucks and banks. The driver of the Subject Vehicle reported to the unknown person on the phone that he observed an armored truck at the Chase Bank.

e. According to Passenger #1, upon arriving at the Chase Bank, the front seat passenger and TRAVIS exited the Subject Vehicle and approached the armored truck at the Chase Bank. Passenger #1 stated that the driver of the Subject Vehicle yelled at Passenger #1 to exit the Subject vehicle, too, but Passenger #1 refused.

f. According to Passenger #1, the front seat passenger reentered the Subject Vehicle carrying two firearms. Passenger #1 stated that TRAVIS reentered the Subject Vehicle, at which point the Subject Vehicle fled the Chase Bank.

g. Passenger #1 stated that, after the accident, he fled the Subject Vehicle with all of the other occupants and was arrested. Passenger #1 denied involvement in the robbery.

**E. Law Enforcement Search the Subject Vehicle**

23. FBI Agents and Task Force Officers of the Chicago Division arrived at the intersection of Torrence Avenue and Thorton Road and observed an abandoned blue Acura TLX (VIN:19UUB3F68KA000531)—the Subject Vehicle. According to reports from the Chicago Police Department, the Subject Vehicle had been reported stolen on November 22, 2026.

24. In plain view, resting on the front passenger seat of the Subject Vehicle, was a tan Glock handgun with an extended magazine and a black Glock handgun equipped with a switch and drum magazine.



*Image taken of the Subject Vehicles front passenger seat*

## II. CONCLUSION

25. Based on the above information, I respectfully submit that there is probable cause to believe that on or about November 23, 2026, in the Northern District of Illinois, Eastern Division, DUPREE MCNUTT, ANTOINE TRAVIS, and DANIEL TRIPLETT obstructed, delayed, and affected commerce, and the movement of articles and commodities in commerce, by robbery, and committed and threatened physical violence to Courier A in furtherance of a plan and purpose to rob Courier A, in violation of Title 18, United States Code, Section 1951(a).

FURTHER AFFIANT SAYETH NOT.

Scott Erthal

SCOTT ERTHAL
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone November 24, 2026.

Young B. Kim

Honorable YOUNG B. KIM
United States Magistrate Judge